IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MARK AND AMBER FESSLER, et al. § | |
| § | CIVIL ACTION NO. 4:19-CV-00248 |
| vs. § | |
| § | Hon. Judge Amos Mazzant |
| PORCELANA CORONA DE MÉXICO, S.A. § | Hon. Magistrate Judge Priest-Johnson |
| DE C.V f/k/a SANITARIOS LAMOSA S.A. § | |
| DE C.V. a/k/a Vortens § | |

**JOINT SUBMISSION OF EVIDENITARY SUPPLEMENT
IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT (Dkt. 6)**

The Parties hereby submit their evidentiary supplement in support of their Motion for Preliminary Approval of Class Action Settlement (Dkt. 6), consisting of the following:

1. Declaration of Cameron R. Azari, Esq. on Settlement Notice Plan; and

2. Class Settlement Agreement.

Respectfully submitted,

*/s/ Melissa Dorman Matthews*_____
**DARRELL L. BARGER**
State Bar No. 01733800
dbarger@hartlinebarger.com
**HARTLINE BARGER LLP**
800 N. Shoreline Blvd., Suite 2000, North Tower
Corpus Christi, Texas 78401
(361) 866-8000
(361) 866-8039 fax

**MELISSA DORMAN MATTHEWS**
State Bar No. 00790603
mmatthews@hartlinebarger.com
**ANGELA S. GORDON**
State Bar No. 24027333
agordon@hartlinebarger.com
**L. ABIGAIL FOREMAN**
State Bar No. 24056371
aforeman@hartlinebarger.com
**HARTLINE BARGER LLP**

8750 N. Central Expressway, Suite 1600
Dallas, TX 75231
(214) 369-2100
(214) 267-4271 (direct facsimile)

**ATTORNEYS FOR DEFENDANT PORCELANA CORONA DE MEXICO, S.A. DE C.V. F/K/A SANITARIOS LAMOSA S.A. DE C.V. A/K/A VORTENS**

And

*/s/ Rebecca E. Bell-Stanton*
**REBECCA E. BELL-STANTON**
State Bar No. 24026795
**N. SCOTT CARPENTER**
State Bar No. 00790428
CARPENTER &SCHUMACHER, P.C.
2701 NORTH DALLAS PARKWAY, SUITE 570
Plano, Texas 75093
(972) 403-1133
(972) 403-0311 [Fax]
scarpenter@cstriallaw.com
rstanton@cstriallaw.com
*ATTORNEYS FOR PLAINTIFFS AND PROPOSED SETTLEMENT CLASS*

## CERTIFICATE OF SERVICE

On April 16, 2019, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Melissa Dorman Matthews*_____
**MELISSA DORMAN MATTHEWS**