**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **STEVEN CONE, ET AL.,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 4:17-CV-001-ALM-KPJ |
| | § | |
| **VORTENS, INC., SANITARIOS LAMOSA S.A. DE C.V. and PORCELANA CORONA DE MEXICO, SA. DE C.V.,** | § § § | |
| | § | |
| Defendant. | § | |
| | § | |
| **MARK AND AMBER FESSLER, ET AL.,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 4:19-CV-248-ALM-KPJ |
| | § | |
| **VORTENS, INC., SANITARIOS LAMOSA S.A. DE C.V. and PORCELANA CORONA DE MEXICO, SA. DE C.V.,** | § § § | |
| | § | |
| Defendant. | § | |

**ORDER**

In accordance with the Agreed Amended Notice of Significant Deadlines and Setting of Final Approval Fairness Hearing on Class Settlement (Dkt. 17) and the District Court's Memorandum Adopting the Recommendation of United States Magistrate Judge (Dkt. 13), the following deadlines are revised and Final Fairness Hearing is set as follows:

a. The Notice Plan shall be initiated within twenty-one (21) days after Preliminary Approval ("Notice Date"). The Notice Plan, including the launch of www.vortenssettlement.com website was initiated on May 16, 2019.

b. Class Counsel shall file with the Court and post on the Settlement Website their application for payment of attorneys' fees and proof of expenses ("Fee Application") within forty-five (45) days of Preliminary Approval. ("Application Deadline").

      Defendant shall file objections, if any, to the Fee Application no later than twenty-five (25) days after the filing of the Fee Application.

c. All Opt Out Forms requesting exclusion from the 2011 Settlement Class must be postmarked and sent to the Claims Administrator, Class Counsel and Counsel for the Defendant within forty-five (45) days of the Notice Date: or **June 30, 2019** ("Opt-Out Deadline").

d. All Objections to the Settlement must be filed with the Court and sent to the Claims Administrator, Class Counsel and Counsel for the Defendant within sixty (60) days of the Notice Date ("Objection Deadline"), or **July 15, 2019**. Objecting individuals must make themselves available for deposition in their county of residence within ten (10) days of the service of the Objection.

e. No later than **August 14, 2019**, the Parties shall file all papers in support of the application for final approval of the settlement and/or opposition to any timely Objections received.

f. The Final Fairness Hearing shall be held on **Thursday, August 29, 2019, at 9:00 a.m.** before United States District Judge Amos Mazzant at the Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas 75090.

**IT IS SO ORDERED.**

**SIGNED this 13th day of June, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE