**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| KEVIN RUESS and CHARLES AND MICHELLE HANDLY on Behalf of Themselves and Those Similarly Situated<br>  *Plaintiffs*<br><br>v.<br><br>PORCELANA CORONA DE MÉXICO, S.A. DE C.V f/k/a SANITARIOS LAMOSA S.A. DE C.V.a/k/a Vortens<br>  *Defendant*. | § § § § § § § § § § § § | Civil Action File No.<br>4:19-cv-00248-ALM-KPJ<br><br>Hon. Judge Amos Mazzant/<br>Hon. Magistrate Judge Priest-Johnson |

**ORDER**

Before the Court is the Parties' Proposed Joint Briefing Schedule (Dkt. #43). Having reviewed the Briefing Schedule, the Court finds that it should be **GRANTED**.

It is therefore **ORDERED** that the following briefing deadlines are to be followed for resubmission of Plaintiffs' Application for Fees and Expenses:

 1.Plaintiffs' Application for Attorney's Fees: **March 9, 2020**.

 2. Defendant's Response Brief to Plaintiff's Application: **March 19, 2020**.

 3. Plaintiffs' Reply to Defendants' Response: **March 24, 2020**.

 4. Defendant's Sur-Reply: **March 30, 2020.**

Briefing will be limited to twenty-five (25) pages for the Motion and Response and


seven (7) pages for Reply and Sur-Reply briefing, if any.

It is further **ORDERED** that the Plaintiffs' Motion for Attorney's Fees (Dkt. #21) is

**DENIED as moot**.

**IT IS SO ORDERED**.

**SIGNED this 2nd day of March, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE