IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARK AND AMBER FESSLER, ANDREW HOCKER, KEVIN REUSS, MATTHEW CARRERAS, CHARLES AND MICHELLE HANDLY, AARON AND STACEY STONE, and DANIEL AND SHARON SOUSA, on Behalf of Themselves and Those Similarly Situated<br>    *Plaintiffs*<br><br>v.<br><br>PORCELANA CORONA DE MÉXICO, S.A. DE C.V f/k/a SANITARIOS LAMOSA S.A. DE C.V. a/k/a Vortens<br>    *Defendant*. | § § § § § § § § § § § § § § § | Civil Action File No.<br>**4:19-cv-00248**<br><br>Hon. Judge Amos Mazzant/<br>Hon. Magistrate Judge Priest-Johnson |

*AND*

| | | |
|---|---|---|
| STEVEN AND JOANNA CONE, MARK AND AMBER FESSLER, ANDREW HOCKER, MATTHEW CARRERAS, AARON AND STACEY STONE, and DANIEL AND SHARON SOUSA on Behalf of Themselves and Those Similarly Situated<br>    *Plaintiffs*<br><br>v.<br><br>PORCELANA CORONA DE MÉXICO, S.A. DE C.V f/k/a SANITARIOS LAMOSA S.A. DE C.V. a/k/a Vortens<br>    *Defendant*. | § § § § § § § § § § § § § § § | Civil Action File No.<br>**4:17-cv-00001**<br><br>Hon. Judge Amos Mazzant/<br>Hon. Magistrate Judge Priest-Johnson |

**ORDER**

Before the Court is Plaintiffs' Unopposed Motion to Amend Final Order and Judgment (Dkt. #54).  Plaintiffs and Class Counsel filed their Consolidated Fee Application and Request for Reimbursement of Fees (Dkt. #46)., along with supporting exhibits, on March 9, 2020, to which the Defendants responded on March 19, 2020 (Dkt. #48).

On March 23, 2020, the Parties jointly submitted a proposed Final Order and Judgment in this Cause (Dkt. #51).  Included within the Joint Motion for Entry of Judgment and the proposed Final Order and Judgment was the request for inclusion of this Court's ruling on the Consolidated Fee Application and Request for Reimbursement of Fees.

On March 24, 2020, the Court issued its Final Order and Judgment dismissing all claims asserted in the Second Amended Complaint.  The Final Order and Judgment noted that a separate Order would be entered as to the pending Fee Application (Dkt. #52)

Plaintiffs and Class Counsel timely filed a Motion to Amend the Final Order and Judgment within twenty-eight (28) days of the entry of the Final Judgment, requesting that the Final Order and Judgment be formally amended to expressly include any monetary relief granted after consideration of Plaintiffs' Consolidated Motion for Attorneys Fee Award and Reimbursement of Expenses.  Such requested relief is unopposed by the Defendant.

It is therefore **ORDERED** that the Unopposed Motion to Amend Final Order and Judgment (Dkt. #54) is **GRANTED**.

It is further **ORDERED** that the parties shall submit a proposed Amended Final Order and Judgment within **ten (10)** days of entry of this Court's Order on Class Counsel's Consolidated Application for Attorneys' Fees and Reimbursement of Expenses.

**IT IS SO ORDERED**.

**SIGNED this 24th day of April, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE